## CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Full Name of Plaintiff**    **Inmate Number** | |
| Jason White                    71030-054 | Civil No. 3:22-CV-1697 |
| v. | (to be filled in by the Clerk's Office) |
| United States of America | |
| **Name of Defendant 1** | ( X ) Demand for Jury Trial |
| C.O. B. Lusk | (___) No Jury Trial Demand |
| **Name of Defendant 2** | |
| | |
| **Name of Defendant 3** | **FILED** |
| | **SCRANTON** |
| **Name of Defendant 4** | OCT 2 7 2022 |
| | Per_____ |
| **Name of Defendant 5** | **DEPUTY CLERK** |

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

____    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

 X    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
 X    (1971) (federal defendants)

____    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
        United States

II.    **ADDRESSES AND INFORMATION**

A.    **PLAINTIFF**

White,  Jason

Name (Last, First, MI)

Inmate Number

71030-054

Place of Confinement

F.C.I. ALLENWOOD,  P.O. BOX 2000

Address

Whitedeer, P.A. 17887

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

___    Convicted and sentenced state prisoner

X    Convicted and sentenced federal prisoner

B.    **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.  If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:    United States of America

Name (Last, First)

Lusk, B

Current Job Title

Corrections Officer

Current Work Address

F.C.I. Allenwood, P.A.    P.O. Box 2000

City, County, State, Zip Code

Whitedeer, P.A. 17887

Defendant 2:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 3:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 4:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 5:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

### III.  STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

   A.  Describe where and when the events giving rise to your claim(s) arose.

Events occurred in F.C.I. Allenwood Special Housing Unit (SHU).

   B.  On what date did the events giving rise to your claim(s) occur?

Events occurred on the date of October 14, 2021

   C.  What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

I was detained in the S.H.U. for a disciplinary infraction.  On the of 10-14-22, I was ordered to procede from my assigned cell, and placed in a small holding cell.  (A holding cell is an area approximately 3 by 6 feet). Shortly thereafter, another inmate was placed in the same holding cell with me. At that time, C.O. Lusk ordered both myself and inmate White to remove our clothing and submit to a strip search. I initially refused, stating, it was against my religion to remove my clothing with another man standing right next to me. C.O. Lusk responded, "dont you two cellies take showeres together." he proceded to laught and gave me a direct order to strip. At that time I complied with the order by removing all my clothing and submitting to a strip search which included bending over and spreading my buttocks which were visible to both C.O. Lusk as well as inmate White. Spencer. Coming from a religious backround and living my life as a Christian, this conduct placed me in total violation of the teachings of the Pentacostal.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

My constitutional rights protected by the 1st, 4th, 5th, 6th, and 14th were violated by the above stated actions of Officer Lusk.; * Terry v. Ohio, 392 U.S. 1,9, (1968) the Supreme Court supports Plantiff's position that he has a right to the strip searched "in an area where a person has a reasonable expectation of privacy."; * Most people have a special sense of privacy in their genitals and involuntary exposure of them in the presence of other people can be [Demeaning] and [Humuliating]. Fortner v. Thomas 983. F.2d 1024, 1030 (11th Cir 1993); * Inmates lose many rights when they are lawfully confined, "they" retain certain [Fundamental Rights] of privacy; * Even when a search is motivated by a legitimate penological interest, it may become unreasonable if the search is conducted in an abusive manner, or in the presence of unnecssary spectators. Harris v. Miller, 818 F.3d 49, 53 (2d Cir. 2016); * Government shall not substantially burden a persons exercise of religion (continued see attachment 1).

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Suffered mental, emotional stress; humuliation and embarresment; violation of my religious beliefs.

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Monetary damages for injuries suffered:

Punitive damages for Officer Lusk's intentional and delibrate actions in violation of my rights.

Jason White 71030-054
Continuation page 5

## ATTACHMENT 1

When Officer Lusk gave me a direct order to strip in the presence
of spectators, he place substantial pressure on me to modify my
behvior, or to violate my belief's as a Christian.

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address.  If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing.  By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

10/23/22
_____
Date

INMATE NAME/NUMBER: White, Jason #71030-054

FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD F.C.I.

P.O. BOX 3000

WHITE DEER, PA 17887

HARRISBURG PA

25 OCT 2022 PM 1 L



RECEIVED
SCRANTON

OCT 27 2022

PER _____
DEPUTY CLERK

United States District court
Middle district of pennsylvania
P.O. box #1148,
235 North Washington Ave.
Scranton, P.A. 18501-1148
* Attn Clerck of courts *

18501-500199

Case 3:22-cv-01697-RDM-CA    Document 1    Filed 10/27/22    Page 8 of 8